**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

In re:

VIVIAN TABATHA POLO                                    Bankruptcy No:
                                                       18-62296

      Debtor,

**NOTICE OF APPEARANCE**

The undersigned hereby appears in these Chapter 7 Bankruptcy Proceedings as Counsel for Seterus, Inc. as the Authorized Subservicer for Federal National Mortgage Association c/o Seterus, Inc., and request that he be placed upon the mailing list of those creditors, parties in interest and Counsel who receive all Notices in these proceedings.

    Respectfully submitted,

    /s/  Jon M. Ahern
    Jon M. Ahern, Esq.
    Virginia State Bar No: 018218
    281 Independence Boulevard
    Pembroke 1 Building, Fifth Floor
    Virginia Beach, VA 23462
    757-499-8971
    jmahern@sykesbourdon.com

**Certificate of Mailing**

    I hereby certify that the foregoing Notice was forwarded electronically and/or mailed via U.S. Mail on this 29TH day of November, 2018 to:

Vivian Tabatha Polo
215 Remington Place
Charlottesville, VA 22903

Hannah W. Hutman
Hoover Penrod

342 S. Main Street  
Harrisonburg, VA 22801

/s/  Jon M. Ahern  
Jon M. Ahern