IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE: Vivian Tabatha Polo,　　　　　　　　　　　　Chapter 7
　　　　　　Debtor　　　　　　　　　　　　　　　　Case No. 18-62296

## NOTICE OF APPEARANCE AND REQUEST FOR
## ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS

　　　Vivian Tabatha Polo, the Debtor, has retained Marshall M. Slayton as her attorney in this case. Mr. Slayton, therefore, hereby enters his appearance as her attorney. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number and facsimile number are stated below.

　　　Marshall M. Slayton hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002(i), by service upon him at the address shown below.

　　　Marshall M. Slayton, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), further requests that copies of all plans and disclosure statements filed herein by any party be served upon him at the address indicated below.

Dated: 1/24/19

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_/s/ Vivian Tabatha Polo_
　　　　　　　　　　　　　　　　　　　　Vivian Tabatha Polo

　　　　　　　　　　　　　　　　　　　　By counsel

/s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
SLAYTON LAW, PLC
913 East Jefferson St
Charlottesville, VA  22902
Phone:  (434) 979-7900
Fax:　　(434) 293-5017
Counsel for Debtor