

**SIGNED THIS 19th day of February, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:  Vivian Tabatha Polo<br><br>Debtor(s) | CASE NO.  18-62296<br><br>CHAPTER  7 |
|---|---|

### ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

The debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code.   Notice of opportunity to object to this motion was given and any timely objections filed have been resolved. The Court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112 or § 1208, or § 1307, and it is

O R D E R E D

1. This Chapter 7 case is converted to a case under Chapter 13.
2. The Chapter 7 trustee within thirty (30) days of the date of this Order shall file:
    a.    an account of all receipts and disbursements made in the Chapter 7 case, and
    b.    a report on the administration of the case pursuant to 11 U.S.C. §704(9).
3. The trustee forthwith shall turn over to the debtor(s) all records and property of the estate remaining in the trustee's custody and control.
4. The trustee or any other party entitled to compensation may within thirty (30) days of the date of this Order file an application for compensation and reimbursement of expenses.
5. The debtor(s) within fourteen (14) days from the date of this Order shall file the statement and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed.
6. The debtor(s) within fourteen (14) days from the date of this Order shall file a Chapter 13 plan.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, U.S. Trustee, and all creditors and parties in interest.

***END OF ORDER***