**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Vivian Tabatha Polo<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–3220 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of Virginia | | |
| Case number: | 18–62296 | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vivian Tabatha Polo

11/3/26

**By the court:** Rebecca B. Connelly
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Virginia

In re: Case No. 18-62296-rbc
Vivian Tabatha Polo Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6 User: admin Page 1 of 3
Date Rcvd: Nov 03, 2026 Form ID: 3180W Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vivian Tabatha Polo, 215 Remington Place, Charlottesville, VA 22903-6902 |
| cr | + | Citibank, N.A., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| cr | + | Clover Lawn Village Owners Ass'n, Inc., c/o Neal L Walters Esq, PO Box 2737, Charlottesville, VA 22902-2737 |
| cr | + | Seterus, Inc as the authorized subservicer for Fed, BWW Law Group LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| 4676144 | | AES/BHEA-US Bank, PO BOX 610447, Harrisberg, PA 17106 |
| 5247050 | | Citibank, N.A.,PO Box 10826, Greenville, SC 29603-0826 |
| 4676150 | + | Clover Lawen Village Owners Assoc., PO BOX 97795, Las Vegas, NV 89193-7795 |
| 4717739 | + | Clover Lawn Village Own Assoc, c/o Real Property Mgm, 1500 Amherst St, Charlottesville, VA 22903-5158 |
| 4700775 | + | Clover Lawn Village Owners Association, Inc., c/o Neal L. Walters, Esq., PO Box 2737, Charlottesville VA 22902-2737 |
| 4678034 | + | Federal National Mortgage Association c/o Seterus,, Jon M. Ahern, Esquire, 281 Independence Boulevard, Pembroke 1 Building, Fifth Floor, Virginia Beach, VA 23462-2989 |
| 4955295 | + | Gregory Funding LLC, PO Box 25430, Portland OR 97298-0430 |
| 4676160 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, seterus Inc, 14523 sw Millikan wayste 200, Beaverton, OR 97005 |
| 4676164 | + | Tenaglia & Hunt P.A ., 12 s. summit Ave. suite 322, Gaithersberg, MD 20877-2089 |
| 4676163 | + | synchrony Bank/Sam club, PO Box 965005, olando, FL 32896-5005 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Nov 03 2026 20:29:24 | Ajax Mortgage Loan Trust 2020-C, Mortgage-Backed S, c/o BWW Law Group, LLC, 8100 Three Chopt Road, Suite 240, Richmond, VA 23229-4833 |
| cr | + | EDI: CITICORP | Nov 04 2026 01:46:00 | CitiBank, N.A., P.O. Box 9013, Addison, TX 75001, UNITED STATES 75001-9013 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 03 2026 20:38:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 4676145 | + | EDI: GMACFS.COM | Nov 04 2026 01:46:00 | Ally, PO BOX 380902, Bloomington, MN 55438-0902 |
| 4745858 | | EDI: GMACFS.COM | Nov 04 2026 01:46:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5013915 | + | EDI: AISACG.COM | Nov 04 2026 01:46:00 | Ally Bank Department, AIS Portfolio Services, LP, Account: XXXXXXXX8356, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4676146 | + | EDI: BANKAMER | Nov 04 2026 01:46:00 | Bank of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 4719747 | | EDI: CAPITALONE.COM | Nov 04 2026 01:46:00 | Capital One Bank (USA), N.A., by American |

| | | | | |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4676148 | + | EDI: CAPITALONE.COM | Nov 04 2026 01:46:00 | Capital One Bank USA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 4722275 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2026 20:42:17 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4676149 | + | EDI: CITICORP | Nov 04 2026 01:46:00 | Citibank/Best Buy, PO BOX 790441, St. Louis, MO 63179-0441 |
| 4676151 | + | EDI: PRA.COM | Nov 04 2026 01:46:00 | David T. Spruill, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 4726531 | + | Email/Text: ECMCBKNotices@ecmc.org | Nov 03 2026 20:39:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 4676153 | | Email/Text: specialhandling@glasserlaw.com | Nov 03 2026 20:38:00 | Glasser & Glasser, 580 East Main st suite 600, Norfolk, VA 23510 |
| 4717741 | | EDI: IRS.COM | Nov 04 2026 01:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4676154 | + | EDI: CAPITALONE.COM | Nov 04 2026 01:46:00 | Kohls Department Store, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 4676155 | + | EDI: CITICORP | Nov 04 2026 01:46:00 | LL Bean/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5126570 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:42:34 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 4732266 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2026 20:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4676156 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 03 2026 20:39:00 | Midland credit Management, Inc, PO BOX 13105, Roanok, VA 24031-3105 |
| 4745544 | + | Email/Text: RASEBN@raslg.com | Nov 03 2026 20:38:00 | NATIONSTAR MORTGAGE LLC, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, DULUTH, GA 30097-8461 |
| 4746646 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 03 2026 20:38:00 | Nationstar Mortgage d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5235809 | | Email/Text: bkecf@padgettlawgroup.com | Nov 03 2026 20:38:00 | Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 4676143 | | Email/Text: bankruptcies@penncredit.com | Nov 03 2026 20:38:00 | Penncredit corp, PO BOX 69703, Harrisberg, PA 17106 |
| 4676157 | | EDI: PRA.COM | Nov 04 2026 01:46:00 | Portfolio Recovery, 120 corparate Blvd suite 100, Norfolk, VA 23502 |
| 4722658 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:42:18 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4676159 | + | EDI: SYNC | Nov 04 2026 01:46:00 | Sams club/Synchrony, 4125 windward Plaza, Alpharetta, GA 30005-8738 |
| 4717740 | ^ | MEBN | Nov 03 2026 20:29:27 | University Of Virginia Health Sytm, PO BOX 743977, Atlanta, GA 30374-3977 |
| 4717742 | | Email/Text: va_tax_bk@harriscollect.com | Nov 03 2026 20:39:00 | Virginia Department of Taxation, Bankruptcy Dept., P.O. Box 2156, Richmond, VA 23218-2156 |
| 4676161 | + | EDI: SYNC | Nov 04 2026 01:46:00 | synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 4676162 | + | EDI: SYNC | Nov 04 2026 01:46:00 | synchrony Bank/care credit, PO BOX 965036, Orlando, Fl 32896-5036 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A., not in its individual capacity, bu |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | NATIONSTAR MORTGAGE LLC, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| 4676147 | *+ | Bank of America, PO BOX 982238, El Paso, TX 79998-2238 |
| 4676152 | *+ | David T. Spruill, Esq., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 4676158 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 corparate Blvd suite 100, Norfolk, VA 23502 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo (499275) | on behalf of Trustee Angela M. Scolforo (499275) ascolforo@cvillech13.net |
| Angela M. Scolforo (499275) | ascolforo@cvillech13.net |
| Hannah W. Hutman(436156) | on behalf of Trustee Hannah W. Hutman(436156) hhutman@hooverpenrod.com VA47@ecfcbis.com;jwhite@hooverpenrod.com |
| Jerry E. Fennell, Jr. | on behalf of Debtor Vivian Tabatha Polo ms@marshallslayton.com brenda@marshallslayton.com;carlos@marshallslayton.com;marshall@marshallslayton.com |
| Jon Michael Ahern | on behalf of Creditor Seterus Inc as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. jmahern@sykesbourdon.com |
| Joseph A. Zanelotti | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER jaziv1@yahoo.com |
| Marshall Moore Slayton, Esq | on behalf of Debtor Vivian Tabatha Polo marshall@marshallslayton.com bbrs.bestcase@gmail.com;r44646@notify.bestcase.com;brenda@marshallslayton.com;carlos@marshallslayton.com;judith@marshallslayton.com |
| Neal L. Walters | on behalf of Creditor Clover Lawn Village Owners Ass'n Inc. nwalters@scottkroner.com |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |

TOTAL: 9